```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Kevin Fernandez

    v.                                            Case No. 17-cv-226-LM

Nevada, State of, et al


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 4, 2017.

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: January 31, 2018

cc:  Kevin Fernandez, pro se